# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2695

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Archie M. Donald, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  October 28, 1998

Filed:  November 2, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Archie M. Donald appeals from the district court's[1] adverse grant of summary judgment in this action commenced by the United States to collect a federally insured student loan, as well as from the court's denial of Donald's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b).  Having reviewed the record and the parties' submissions, we conclude that the district court's orders are correct.  See 8th Cir. R. 47B.

_____

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

The judgment is affirmed.

A true copy.

     Attest:

           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.